1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DENNIS W. KARIMI,                    Case No. SACV 16-11 VAP (SS)

12                    Petitioner,

13        v.                                        **JUDGMENT**

14   LORETTA F. LYNCH, Attorney
     General,

15

16                    Respondent.

17

18        Pursuant  to  the  Court's  Order  Dismissing  Habeas  Action

19   Without Prejudice,

20

21        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22   dismissed without prejudice.

23

24   DATED: February 23, 2016

25                                        _____
                                          VIRGINIA A. PHILLIPS
26                                        UNITED STATES DISTRICT JUDGE

27

28